LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@attorneysforconsumers.com
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SUSAN YANG,** individually and on behalf of all others similarly situated, | Case No. 2:16-cv-00764-GW-AS |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| **NAVIENT SOLUTIONS, INC.,** et al. | |
| Defendant. | |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff request that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation of Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 13th day of June, 2016.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiffs

1 | Filed electronically on this 13th day of June, 2016, with:

2

3 | United States District Court CM/ECF system

4 | Notification sent electronically via the Court's ECF system to:

5

6 | Honorable George H. Wu
United States District Court

7 | Central District of California

8 | Lisa M Simonetti

9 | Vedder Price LLP

10

11 | This 13th day of June, 2016.

12

13 | s/Todd M. Friedman
Todd M. Friedman

Notice of Settlement - 2